

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| GERARDO OGAZ, | § | No. 08-19-00137-CR |
| Appellant, | § | Appeal from the |
| v. | § | 394th District Court |
| THE STATE OF TEXAS, | § | of Culberson County, Texas |
| State. | § | (TC# 1789) |
| | § | |

**O R D E R**

The Court GRANTS the Court Reporter's third request for an extension of time within which to file the Reporter's Record until **September 1, 2019.**  NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WIL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Patricia Reid, Official Court Reporter for the 394th District Court, for Culberson County, Texas, prepare the Reporter's Record for the above styled and numbered cause and forward the same to this Court on or before September 1, 2019.

IT IS SO ORDERED this 19th day of August 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.